■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. JEAN-MARC ZIMMERMAN, Admitted on August 27, 1990, at a Term of the Appellate Division, First Department. [741 NYS2d 403] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Williams, Mazzarelli, Saxe and Ellerin, JJ. [*See*, 257 AD2d 127.]

■ In the Matter of LEE M. MAGER (Admitted as LEE MARTIN MAGER), a Suspended Attorney. [741 NYS2d 403] —Motion to disbar denied, with leave to renew, as indicated. No opinion. Concur—Saxe, J.P., Ellerin, Lerner, Buckley and Friedman, JJ.